FILED
00 MAY 12 AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| PAUL RUSSELL STANCIL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 97-N-0754-M |
| ) | |
| WARDEN LEONEAL DAVIS, et al, ) | |
| ) | |
| Respondents. ) | |

ENTERED
MAY 12 2000

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the petitioner's motion for summary judgment is due to be denied and this petition for writ of habeas corpus dismissed. An appropriate order will be entered.

DONE, this __12th__ day of May, 2000.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE